# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO FELIX,<br><br>   Petitioner,<br><br>v.<br><br>ERIC ARNOLD, Warden,<br><br>   Respondent. | Case No. 5:17-cv-00439-JWH (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus is **DENIED** and that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: February 13, 2023

HON. JOHN W. HOLCOMB
U.S. DISTRICT JUDGE